

Wince Edwards, Jr.
1435 Kenneth Ave.
Shreveport, LA 71103
(318) 222-6192

U. S. Government
300 Fannin St.
Shreveport, LA 71101

To Whom It May Concern:

My name is Wince Edwards, Jr. I have a house located at 1711 Portland Ave. The house is boarded up and has no trespassing signs posted. In the later part of January 2002 Mr. Bruce Mason took all of the siding off of the house. Mr. Mason stated when I asked him about it that he was contracted by Lester Realty, to remove the siding because of asbestos, by the city of Shreveport, LA. I was unaware of what was going on and I had not be informed or advised by the City Of Shreveport that the siding needed removing because of asbestos.

Mr. Mason came back the next week and stated that he had removed the siding from the wrong address. He should have removed the siding at 1711 Poland instead. I am seeking reparations for the damage to my property plus the anguish I suffered over the destruction of my property. If any further information is needed you may contact me at (318) 222-6192.

Sincerely,

Wince Edward 83 year old all way in Bad helth
LSU Hoptol Teacher
Bad Back Strotein

Wince Edwards, Jr.

P.S. Ralph Snow was the inspector for the City who sent Mr. Mason to take the siding off Viner-siding 7 Roms House with Both

Mayor of Shreveport Keith Hightower and Governor Foster of State Louisiana
Wince Edwards Jr Ricneariy not cut grass to inspector that city code say

LSU Healty sciences center Shreveport La  patinse no 50003132
Suger
and Electery house fur finish

```
PTXP0300                ***** Property Tax System *****           PTXM0302
< 1 more                 - Master Account - Inquiry/Update -      1 more >
P  X
*Action (A,D,M,N):          _

 Acount #: 171402062002600  Type: IR           MC:

  1_             Master Legal Description
                 ----------------------------------------------
  1      LOT 8 & THE N. 2 FT. OF LOT 7, BLK. 2, WEST_____
  2      SHREVEPORT SUBN., 171402-62-26._____
  3      _____
  4      _____
  5      _____
  6      _____
  7      _____
  8      _____
  9      _____
 10      _____


Direct Command: _____
Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
     confm help  retrn quit                 bkwrd frwrd       left  right main
```

```
PTXP0300                ***** Property Tax System *****            PTXM0301
03-27-02              - Master Account - Inquiry/Update -          2 more >
HIST: _ TRAN: _ PSS: _ Dup Bill: _ YR: ____ Adj TC: __ 3YR Cert: _ Transfr: _
PRE PAY: _    *Action (A,D,M,N): _     _ P X Account No: 1714020620002600
*Type: IR *Status: N *Prt Code: _     Std-Viol:  Mtg Code: ___ Mtg Ownr:
 Assessment Name:  EDWARDS, WINCE_____ 19 19IR
 Property Address: 001711 PORTLAND AVE_____ *Homestead Exmpt: N
  I            Due          Paid        Balance   Vendor.........: _____ CC6
Taxes          351.02       351.02                Loan #: _____
Violations                                        Brpt All Years: N

  Mail Addr 1: C/O CLARA E. THOMAS_____
  Mail Addr 2: 206 OREGON AVE._____      FREQ:
  Mail Addr 3: SHREVEPORT, LA.  711010000_____     ACH:
COMMENTS:                                   Adjudicated Code: __
_____
_____
_____
                                            Bossier Code: _____
Direct Command: _____
Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      confm help  retrn quit              bkwrd frwrd      left right main
```

CITY OF SHREVEPORT
DEPARTMENT OF COMMUNITY DEVELOPMENT
BUREAU OF CODE ENFORCEMENT

02-07-2000

EDWARDS, EMANUEL & WILLIE G. & W
2919 HARP STREET
SHREVEPORT, LOUISIANA 71103

Dear: EDWARDS, EMANUEL & WILLIE G. & W

Enclosed is a copy of your bill dated, **APRIL 30, 1997**, **PSS9700101**, in the amount of **$340.00**.

This bill has been canceled.

LOT 11, BLK J, PINE GROVE SUB

Located at:
2919 HARP ST SHRV

LIEN FILED #1570406/DATED 8-13-97

We apologize for any inconvenience to you.

Sincerely,

*Wardell Bowie*

Wardell Bowie
Bureau Chief

WB/rb

Attachments